IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 4:25cr70-RH-MAF

LISA M. EZELL,

      Defendant.

_____/

## ORDER ACCEPTING THE GUILTY PLEA

This case is before the court on the magistrate judge's report and recommendation, ECF No. 27. No objections have been filed. Upon review,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The defendant Lisa M. Ezell's guilty plea is accepted. Ms. Ezell is adjudged guilty of counts one, two and three of the information.

SO ORDERED on August 27, 2025.

                                             s/Robert L. Hinkle
                                             United States District Judge